FILED
BILLINGS DIV.
2010 APR 7 AM 11 56
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
~~BILLINGS~~ Butte DIVISION

| | |
|---|---|
| SCOTT AYOTTE, ) | |
| ) | CV-09-57-BU-RFC-CSO |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| AMERICAN ECONOMY INSURANCE, ) | AND RECOMMENDATIONS OF |
| COMPANY, ) | U.S. MAGISTRATE JUDGE |
| ) | |
| Defendant. ) | |
| ) | |

United States Magistrate Judge Carolyn Ostby has entered Findings and Recommendations (*Doc. 36*) as to Defendant AEIC's motion to stay proceedings and objections to discovery requests (*Doc. 25*). Magistrate Judge Ostby recommends the motion be denied.

Upon service of findings and recommendation, a party has 14 days to file written objections. 28 U.S.C. § 636(b)(1). No objections were filed within the allotted time. This failure to object waives all objections to the findings of fact, *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999), but this Court must still review de novo the magistrate judge's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After such a review, the Court determines the Findings and Recommendation

of Magistrate Judge Ostby are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that AEIC's motion to stay proceedings and objection to discovery requests (*Doc. 25*) is **DENIED**

DATED this _7th_ day of April 2010.

/s/ Richard F. Cebull
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE